UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13 CV 1157 MJD/AJB

| | |
|---|---|
| Katelynn Hubbell, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION FOR JUDGMENT** |
| | ) **ON THE PLEADINGS** |
| American Accounts & Advisors, Inc., | ) |
| | ) |
| Defendant. | ) |

_____

Defendant American Accounts & Advisers, Inc. hereby moves the Court for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings in its favor.  This motion is based upon all of the files, records and proceedings herein, and the memorandum of law and any supporting affidavits.

MALACKO LAW OFFICE

Dated:  June 27, 2013

*s/ Richard J. Malacko*
Richard J. Malacko 184421
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
651 223-5175 (telephone)
651 223-5179 (facsimilie)
rick@malackolaw.com