UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13 CV 1157 MJD/AJB

| | |
|---|---|
| Katelynn Hubbell, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CERTIFICATE OF COMPLIANCE** |
| | ) **WITH LOCAL RULE 7.1** |
| | ) |
| American Accounts & Advisers, Inc., | ) |
| | ) |
| | ) |
| Defendant. | ) |

_____

I, Richard J. Malacko, hereby certify that the Defendant's Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint complies with the word count for limitation specified in Local Rule 7.1 (c) and with the type size limitation of Local Rule 7.1 (e).

I further certify that in preparation of this memorandum I used WordPerfect Version 11.

I further certify that the above referenced memorandum contains 2,638 words.

MALACKO LAW OFFICE

Dated: June 27, 2013

*s/ Richard J. Malacko*
Richard J. Malacko 184421
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
651 223-5175
rick@malackolaw.com