UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13 CV 1157 MJD/AJB

| | |
|---|---|
| Katelynn Hubbell,          Plaintiff, v. American Accounts & Advisors, Inc.,          Defendant. | **SWORN DECLARATION OF RICHARD J. MALACKO** |

_____

SWORN DECLARATION

I, Richard J. Malacko, declare under penalty of perjury as follows:

1. That I am the attorney for Defendant American Accounts & Advisers, Inc.

2. Attached to this declaration as exhibit 1 is a true copy of the Rule 68 Offer of Judgment served on Plaintiff on June 14, 2013.

3. Attached to this declaration as exhibit 2 is a true copy of an email from Plaintiff's counsel, dated June 20, 2013, rejecting the Rule 68 Offer of Judgment.

Dated: June 27, 2013                          Signed: *s/Richard J.Malacko*
                                                                         Richard J. Malacko