UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13 CV 1157 MJD/AJB

| | |
|---|---|
| Katelynn Hubbell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **RULE 68 OFFER OF JUDGMENT** |
| ) | |
| American Accounts & Advisors, Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 68, Federal Rules of Civil Procedure, Defendant offers to allow judgment to be taken against them in this action, in the amount of $1,001 together with costs, disbursements and reasonable attorneys' fees. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission on liability or damages.

Dated 14 June 2013

MALACKO LAW OFFICE

Richard J. Malacko 184421
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
651 223-5175

Ex. 1