

Richard Malacko <rmalacko@gmail.com>

## Hubbell v. AAA - Rule 408 Settlement Communication
1 message

**tommycjc@aol.com** <tommycjc@aol.com>　　　　　　　　　　　　　　　　Thu, Jun 20, 2013 at 12:39 PM
To: rick@malackolaw.com
Cc: tommycjc@aol.com, andicjc@aol.com

Counsel -

This communication is to advise that Plaintiff has rejected the Rule 68 Offer of Judgment dated 6/24/13. However, she is encouraged that your client is interested in exploring resolution. At this time I have authority to make the following settlement demand. In exchange for Plaintiff executing a dismissal with prejudice your client must pay $5000 (which includes actual damages, statutory damages, and attorney fees and costs). This demand is available until 6/28/13. If it is not accepted the demand will be withdrawn and that figure will not be available again as the fees and costs will continue to increase.
Thomas J. Lyons, Jr.
Attorney at Law
Consumer Justice Center, P.A.
367 Commerce Court
Vadnais Heights, MN 55127

(651) 770-9707
(651) 704-0907 **Fax**
Tommycjc@aol.com
www.consumerjusticecenter.com

This e-mail message is intended only for the person to whom it was addressed. If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, or you have received this e-mail in error, please be advised that any dissemination, distribution, or duplication of this email is strictly prohibited. If you have received this e-mail in error, please notify us immediately at (651) 770-9707 or toll free at (800) 477-6910. Thank you. ADVERTISEMENT.

NOTE: Nothing in this message should be construed as legal advice or the creation of an attorney-client relationship.



Ex. 2