UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATELYNN HUBBELL,                                       Civil No. 13-1157 MJD/AJB

    Plaintiff,

v.                                                                          O R D E R

AMERICAN ACCOUNTS & ADVISORS, INC.,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 7, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that: Defendant AAA's Motion for Judgment on the Pleadings [Doc. # 4], restyled as a Motion to Dismiss for Failure to State a Claim, is **GRANTED IN PART AND DENIED IN PART**, as set forth below.

1. Plaintiff's claim under 15 U.S.C. § 1692f is **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's motion as to the remainder of Plaintiff's claims is **DENIED.**

DATED: November 5, 2013.

                                                                            s/Michael J. Davis
                                                                            Chief Judge Michael J. Davis
                                                                            U. S. District Court