UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13 CV 1157 MJD/FLN

| | |
|---|---|
| Katelynn Hubbell, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **DEFENDANT AMERICAN ACCOUNTS** |
| | ) **& ADVISERS, INC.'S RULE 7.1** |
| American Accounts & Advisors, Inc., | ) **CORPORATE DISCLOSURE** |
| | ) **STATEMENT** |
| | ) |
| | ) |
| Defendant. | ) |

_____

Defendant American Account & Advisers, Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

American Accounts & Advisers, Inc., a registered C-Corporation, organized under the laws of the State of Minnesota and located in Cottage Grove, Minnesota, is a privately held company.

MALACKO LAW OFFICE

Dated: November 7, 2013

*s/ Richard J. Malacko*_____
Richard J. Malacko 184421
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
Telephone: 651 223-5175
Fax: 651 223-5179
rick@malackolaw.com